IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| DIVERSIFIED FINANCIAL SERVICES, LLC | § | |
| | § | CIVIL ACTION NO. 6:09cv418 |
| v. | § | |
| TSC SIEBER SERVICES, ET AL. | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this case has been presented for consideration. The Report and Recommendation recommends that the above-styled lawsuit be administratively closed as a result of the Suggestion of Bankruptcy filed by Defendants. No written objections have been filed. The Court therefore adopts the findings and conclusions of the Magistrate Judge as those of the Court.

In light of the foregoing, it is

**ORDERED** that the above-styled lawsuit is hereby **ADMINISTRATIVELY CLOSED**.

**So ORDERED and SIGNED this 22nd day of March, 2010.**



_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**